IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD SIMS,<br><br>      Plaintiff,<br><br>  v.<br><br>DR. G. CASIAN,<br><br>      Defendant. | No. C 13-01796 SBA (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff has filed a pro se civil rights action pursuant to 42 U.S.C. § 1983. He has not paid the filing fee or filed a motion for leave to proceed in forma pauperis ("IFP"). Even though he has not filed an IFP application, he submitted his Certificate of Funds and prison trust account statement.

The acts complained of occurred at the R. J. Donovan Correctional Facility, which is located in the Southern District of California, and it appears that Defendant resides in that district. Venue, therefore, properly lies in that district and not in this one. See 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Southern District of California. The Clerk of the Court shall transfer the case forthwith.

IT IS SO ORDERED.

Dated: 5/30/13

                                            SAUNDRA B. ARMSTRONG
                                            UNITED STATES DISTRICT JUDGE

G:\PRO-SE\SBA\CR.13\Sims1796.Transfer.wpd

**United States District Court**
For the Northern District of California

1  UNITED STATES DISTRICT COURT
   FOR THE
2  NORTHERN DISTRICT OF CALIFORNIA

3

4  IN RE RONALD SIMS et al,                              Case Number: CV13-01796 SBA

5           Plaintiff,                                   **CERTIFICATE OF SERVICE**

6     v.

7  IN RE RONALD SIMS et al,

8           Defendant.
                                            /

9
   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
10 Court, Northern District of California.

11 That on May 30, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said
   copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
12 envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located
   in the Clerk's office.
13

14

15 Ronald Sims B58662
   P.O. Box 799001
16 FA-4-214-L
   San Diego, CA 92179
17
   Dated: May 30, 2013
18                                                      Richard W. Wieking, Clerk
                                                        By: Lisa Clark, Deputy Clerk
19

20

21

22

23

24

25

26

27

28

G:\PRO-SE\SBA\CR.13\Sims1796.Transfer.wpd           2